Edward M. Bull III, CSBN 141996
BRODSKY MICKLOW BULL & WEISS LLP
384 Embarcadero West, Suite 200
Oakland California 94607
Telephone: (510) 268-6180
Facsimile: (510) 268-6181

Attorneys for Plaintiffs
RAJARAM SURESH,
DON UPUL RANJITH WIJETUNGA, and
CHANDRASEKAR BABU RAJENDRAN

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJARAM SURESH, DON UPUL RANJITH WIJETUNGA, CHANDRASEKAR BABU RAJENDRAN,<br><br>Plaintiffs,<br><br>vs.<br><br>SEACHANGE MARITIME (SINGAPORE) PTE, PLANTATION KEY PTE LTD, BALAKUMAR THANGAVELU, an individual, and DOES 1-10, *in personam*, and M/V POS LONG BEACH (Ex TASANEE) - IMO 9235581, and her engines, tackle, apparel, etc., *in rem*,<br><br>Defendants. | CASE NO.:<br>CV 12-8266-FMO (JCGx)<br><br>IN ADMIRALTY<br><br>**NOTICE OF SETTLEMENT**<br>[Local Rule 16-15.7] |

RAJARAM SURESH, DON UPUL RANJITH WIJETUNGA and CHANDRASEKAR BABU RAJENDRAN (hereafter "Plaintiffs") hereby give Notice pursuant to local Rule 16-15.7 that the parties have reached a settlement of all issues framed by the pleadings, and anticipate that the settlement will be fully documented and funded and the case dismissed within 15 to 30 days.

DATED: September 3, 2014      BRODSKY MICKLOW BULL & WEISS LLP

By: /S/ Edward M. Bull III
      Edward M. Bull III

Attorneys for Plaintiffs